326

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ANGELO CRUZ, Defendant-Appellant.

(No. 55201; )

First District—June 7, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, (Suzanne M. Kohut and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and George Pappas, Assistant State's Attorneys, of counsel,) for the People.